1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 02-14084-CR
```

                                                    FILED by _____ D.C.
                                                    APPEALS

                                                    OCT 07 2005

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

JOHN MACARI (B),

              Defendant.
_____/

                             SENTENCING

        The above-entitled cause came on for hearing
before the Honorable Kenneth A. Marra, District Court
Judge, pursuant to notice.

2:00 P.M. - 4:50 P.M.
September 16, 2005
United States Courthouse
299 E. Broward Boulevard
Fort Lauderdale, Florida


APPEARANCES:
Appearing on behalf of the Plaintiff:
        JAMES G. McADAMS, III, ESQ.,
            Assistant U.S. Attorney  (772) 466-0899
Appearing on behalf of the Defendant:
        RICHARD G. LUBIN, ESQ.,  (561) 655-2040

ALSO PRESENT:        Patricia Borah,
                     Probation Officer

COURT REPORTER:      ANDREA J. STEFANICK, RMR
                     OFFICIAL REPORTING SERVICE


        OFFICIAL REPORTING SERVICE, INC. (954) 467-8204

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 02-14084-CR KAM
# DE#60

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

# PLEASE REFER TO COURT FILE