PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** U.S. Probation Office<br>David J. Farinacci<br>505 South Second Street, Suite 320<br>Fort Pierce, Florida 34950 |
| ☐ Original Notice | ☒ Notice of Disposition |
| Date: | Date: September 16, 2005 |
| BY: | BY: U.S. District Judge Kenneth A. Marra |

| | |
|---|---|
| Defendant: Macari, John | Case Number: 02CR14084-Marra |
| Date of Birth: 6/24/1929 | Place of Birth: Hartford, Connecticut |
| SSN: 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 | |

**NOTICE OF COURT ORDER** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

☐ The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____ .

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted — Document and copy of Judgment enclosed.

Distribution:
Original to Case File
Department of State
Defendant (or representative)
Clerk of Court